James H. Fosbinder #7070
IVEY FOSBINDER FOSBINDER LLLC
A LIMITED LIABILITY LAW COMPANY
1883 Mill Street
Wailuku, Hawaii  96793
Telephone:  (808)242-4956
Facsimile: (808)249-0668
Email: jfosbinder@iff-law.com
Attorneys for Plaintiffs
Donald Norris and Darcy Norris

UNITED STATES DISTRICT COURT

DISTRICT OF Hawaii

| | |
|---|---|
| DONALD NORRIS AND DARCY NORRIS,<br><br>    Plaintiffs,<br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; THE BANK OF NEW YORK MELLON AS TRUSTEE FOR THE ALTERNATIVE LOAN TRUST 2007-HY3 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY3; BAC HOME LOANS SERVICING, LP; RYAN MCNALLY; GREG BROWN; JOHN AND MARY DOES 1-6,<br><br>    Defendants. | Civil No. CV11-00156 LEK KSC<br><br>**NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFFS; CERTIFICATE OF SERVICE** |

**NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF**

The Plaintiffs DONALD NORRIS and DARCY NORRIS, by and through their undersigned attorney, hereby gives notice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) of the voluntary dismissal of the above-entitled action.  Plaintiffs further state as follow:

1

1.	There has been no prior dismissal by the Plaintiffs of any federal or state court action based on or including the same claim(s) as presented by the Plaintiffs in their complaint in this case.

2.	Such dismissal is without prejudice and is not on the merits.

Dated: October 7, 2011, at Wailuku, Hawaii.

                                    IVEY FOSBINDER FOSBINDER LLLC
                                    A LIMITED LIABILITY LAW COMPANY


                                    __/s/James H. Fosbinber/_____
                                    JAMES H. FOSBINDER
                                    *Attorney for Plaintiffs*