IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DONALD NORRIS; DARCY NORRIS,, </br></br> Plaintiffs, </br></br> vs. </br></br> BANK OF AMERICA, N.A. SUCCESSOR-IN-INTEREST COUNTRYWIDE FINANCIAL CORPORATION; THE BANK OF NEW YORK MELLON AS TRUSTEE FOR THE ALTERNATIVE LOAN TRUST 2007-HY3 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY3; BAC HOME LOANS SERVICING LP; RYAN MCNALLY; GREG BROWN; JOHN AND MARY DOES 1-6, , </br></br> Defendants. | CIVIL NO. 11-00156 LEK-KSC </br></br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY WITHOUT PREJUDICE DEFENDANT GREG BROWN'S MOTION FOR RECOVERY OF ATTORNEYS' FEES AND COSTS |

**ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION
TO DENY WITHOUT PREJUDICE DEFENDANT
GREG BROWN'S MOTION FOR RECOVERY OF
ATTORNEYS' FEES AND COSTS**

Findings and Recommendation to Deny Without Prejudice Defendant Greg

Brown's Motion for Recovery of Attorneys' Fees and Costs having been filed and

served on all parties on November 21, 2011, and no objections having been filed

by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 6, 2011.



    /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

cc: all parties of record