IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DONALD NORRIS; DARCY NORRIS, | ) CIVIL 11-00156-LEK-KSC |
| Plaintiffs, | ) |
| vs. | ) |
| BANK OF AMERICA, N.A. SUCCESSOR-IN-INTEREST, COUNTRYWIDE FINANCIAL CORPORATION; THE BANK OF NEW YORK MELLON AS TRUSTEE FOR THE ALTERNATIVE LOAN TRUST 2007-HY3 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY3; BAC HOME LOANS SERVICING LP; RYAN MCNALLY; GREG BROWN; JOHN AND MARY DOES 1-6, | ) |
| Defendants. | ) |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on February 16, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS

AND RECOMMENDATION TO DENY DEFENDANT GREG BROWN'S

RENEWED MOTION FOR RECOVERY OF ATTORNEYS' FEES AND COSTS," docket entry no. 72, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, March 20, 2012.



 /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**DONALD NORRIS, ET AL. V. BANK OF AMERICA, ET AL; CIVIL NO. 11-00156 LEK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**